(June 7, 1985)

■ In the Matter of the Claim of JOANNE R. PURDY, Respondent, v SAVIN CORP. et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent. — Motion to dismiss appeal denied, without costs (*see, Matter of Donovan v Knickerbocker Warehousing*

*Corp.,* 72 AD2d 870). Mahoney, P. J., Casey, Weiss, Mikoll and Yesawich, Jr., JJ., concur.